Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Alabama

Darla Moore

*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint.)

-v-

Phoenix

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:21-cv-1724-CLS
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Darla Moore
   Street Address: 2218 Gala Dr
   City and County: HSV
   State and Zip Code: AL 35810
   Telephone Number: 256-417-3400
   E-mail Address: darla.moore12@yahoo.com

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ **Check here to receive electronic notice through the email listed above.** By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

| Date | Participant Signature |
|---|---|

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Phoenix Phoenix
- Job or Title *(if known)*:
- Street Address: 2939 Johnson Road
- City and County: Huntsville
- State and Zip Code: AL 35806
- Telephone Number: 256-880-0691  880-0691
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Street Address _____
  City and County _____
  State and Zip Code _____
  Telephone Number _____
  E-mail Address *(if known)* _____

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

  Name _____
  Street Address _____
  City and County _____
  State and Zip Code _____
  Telephone Number _____

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law (specify, if known): _Alabama_

☐ Relevant city or county law (specify, if known): _Huntsville_

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☒ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☒ Retaliation.
☐ Other acts (specify): _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

_June 2021_

C. I believe that defendant(s) (check one):

☒ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race _____
- [x] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* ADA

E. The facts of my case are as follows. Attach additional pages if needed.

Supervisor discriminated on Women of Color

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* June 16, 2021

B. The Equal Employment Opportunity Commission *(check one)*:
- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* 11/04/2021.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff's Supervisor discriminated on Women of Color with American Disability Action
Americans with Disabilities Act

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/30/2021

Signature of Plaintiff: Darla Moore
Printed Name of Plaintiff: Darla Moore

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.     For Attorneys**

        Date of signing: _____

        Signature of Attorney    _____
        Printed Name of Attorney    _____
        Bar Number    _____
        Name of Law Firm    _____
        Street Address    _____
        State and Zip Code    _____
        Telephone Number    _____
        E-mail Address    _____

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Darla R. Moore<br>2218 Gala Drive Northwest<br>Huntsville, AL 35810 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street South<br>Birmingham, AL 35205 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2021-02159 | **LASHAUNDA LOVE,** Investigator | (205) 651-7039 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

FOR: **LASHAUNDA LOVE**    Digitally signed by LASHAUNDA LOVE
Date: 2021.11.04 14:39:36 -05'00'

Enclosures(s)     **BRADLEY A. ANDERSON,**     *(Date Issued)*
**District Director**

cc:    **Phoenix**
      **c/o David Perez**
      **President/CEO**
      **2939 Johnson Road SW**
      **Huntsville, AL 35805**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2021-02159 and EEOC |
|---|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**DARLA R MOORE** | Home Phone<br>**256-337-8461** | Year of Birth |
|---|---|---|

Street Address: **2218 GALA DRIVE NORTHWEST, HUNTSVILLE, AL 35810**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**PHOENIX** | No. Employees, Members<br>**Unknown** | Phone No.<br>**(256) 880-7337** |
|---|---|---|

Street Address: **2939 JOHNSON ROAD, HUNTSVILLE, AL 35816**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **08-12-2018**   Latest: **07-01-2021**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My race is Black. My color is light-skinned. I am employed by the above-named employer. I was hired in December 2017 in the position of Custodian. I have filed previous charges of discrimination commencing in 2018 through June 14, 2021, charge number 420-2021-01353.

My employer has failed to take actions on complaints of recklessness driving of Team Leads and Team Crews. My employer has also failed to respond to complaints employees using illegal prescription drugs.

On June 1, 2021, a coworker and I were in a van waiting to go to our work site to perform custodial duties. Team Lead Custodian, Dianne Moss (Black) was the driver. Ms. Moss has engaged in several instances of reckless driving. For example, she near-missed vehicles, hit curbs and park vehicles. Ms. Moss also have difficulty parking a vehicle. Every other night Ms. Moss had assistance with driving from other coworkers whom may be sitting in the front seat at the time that these incidents may take place. After returning later this night, I

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2021-02159 |
|---|---|---|

_State or local Agency, if any_ and EEOC

reported this matter and reported that illegal drugs were used by past leads to my supervisor, Jennifer Hayes (Black). Instead of Ms. Hayes suggesting I fill out an incident report, she reported our conversation to the main office.

On June 2, 2021, Ms. Hayes had a meeting with all the Black females on my shift. She started the meeting off as if one of the females went to the office with complaints and suggested they should stop. Ms. Hayes was really talking about me but did not say my name.

As a result of my complaint, I was removed from Ms. Moss team and placed with a different Team Lead in July 2021. Another custodian has reported the same behavior by leads and was reassigned also. The team lead was demoted as a result of my coworkers complaint.

My employer is creating negativity to make it look like I am trying to sabotage all leads and that I dont get along or work well with others. I am currently on Workmans Compensation. I am not able to work because of doctors orders.
I believe that I have been discriminated against because of my race and color in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (_month, day, year_) |

  Welcome, Darla | Log Out

| Case Number | Submission Date | Type | Status |
|---|---|---|---|
| 420-2021-02159 | 06-19-2021 | CHARGE | Determination of no reasonable cause issued |
| 420-2021-01353 | 03-10-2021 | CHARGE | Determination of no reasonable cause issued |
| 420-2020-02905 | 08-26-2020 | CHARGE | Determination of no reasonable cause issued |
| 420-2018-03775 | 08-31-2018 | CHARGE | Determination of no reasonable cause issued |
| 420-2018-02742 | 06-19-2018 | CHARGE | Determination of no reasonable cause issued |

» ◀ 1 ▶ ⋈

**Please click on a case number to continue**

publicportal.eeoc.gov

*This is a copy of all charges that sure have been filed.*